IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAMIAN KIRBY
REG# 04620-061                                                                                      PLAINTIFF

v.                       Case No. 2:11-cv-14-DPM

T.C. OUTLAW, Warden; HOWARD, Captain;
GARNER, Correctional Officer; HUDDLESTON,
Correctional Officer; KILLINGSWORTH,
Correctional Officer; McINTOSH, Lieutenant;
STEEL, Lieutenant; CHATTERS, Lieutenant;
RICOLCOL, Lieutenant; WHITE, Correctional
Officer; PRUETT, Correctional Officer;
LEATHERS, Correctional Officer;
MAKOOL, Correctional Officer; DAVIS,
Correctional Officer; BROCKWAY, Correctional
Officer; ROTH, Correctional Officer; WARREN,
Correctional Officer; GILLS, Correctional Officer;
HANKS, Correctional Officer; COLEMAN,
Correctional Officer; CLARK, Correctional Officer;
THOMPSON, Correctional Officer; GRADY,
Correctional Officer; HALK, Correctional Officer;
MELVIN, Correctional Officer; ROACH, Dentist;
HOUSTON, Counselor; NORRIS, Case Manager;
VAUGHN, Unit Manager; DOES, Lieutenants,
Correctional Officers, Medical, Warden, Captain,
SIS, Counselors, Case Managers, Unit Managers, etc.,
Federal Correctional Institution, Forrest City, all sued
in their individual and official capacities                                           DEFENDANTS

JUDGMENT

Damian Kirby's complaint is dismissed without prejudice. An *in forma*

*pauperis* appeal from this order would not be in good faith. 28 U.S.C.A. § 1915(a)(3) (West 2006). This dismissal shall constitute a "strike" within the meaning of 28 U.S.C.A. § 1915(g) (West 2006).

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 Sept. 2011