# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

DAMIAN KIRBY
REG# 04620-061                                                              PLAINTIFF

v.                          No. 2:11-cv-14-DPM

T.C. OUTLAW, Warden;  HOWARD, Captain;
GARNER, Correctional Officer; HUDDLESTON,
Correctional Officer;  KILLINGSWORTH,
Correctional Officer;  McINTOSH, Lieutenant;
STEEL, Lieutenant; CHATTERS, Lieutenant;
RICOLCOL, Lieutenant; WHITE, Correctional
Officer; PRUETT, Correctional Officer;
LEATHERS, Correctional Officer;
MAKOOL, Correctional Officer; DAVIS,
Correctional Officer; BROCKWAY, Correctional
Officer; ROTH, Correctional Officer; WARREN,
Correctional Officer; GILLS, Correctional Officer;
HANKS, Correctional Officer; COLEMAN,
Correctional Officer; CLARK, Correctional Officer;
THOMPSON, Correctional Officer; GRADY,
Correctional Officer; HALK, Correctional Officer;
MELVIN, Lieutenant; ROACH, Dentist; HOUSTON,
Counselor; NORRIS, Case Manager; VAUGHN,
Unit Manager; DOES, Lieutenants,  Correctional Officers,
Medical, Warden, Captain, SIS,  Counselors,
Case Managers, Unit Managers, etc., Federal
Correctional Institution, Forrest City, all sued
in their individual and official capacities               DEFENDANTS

## ORDER

Damian Kirby moves this Court to reconsider its 14 September 2011

order, *Document No. 89*, adopting Magistrate Judge Jerome T. Kearney's recommendation that Kirby's complaint be dismissed without prejudice. He again asks for a voluntary dismissal without prejudice, and again does not want a "strike" under the provisions of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). Motion, *Document No. 92*, denied. The docket runs to ninety-plus entries. Kirby may not litigate with zeal and then avoid the reach of the Act. The dismissal counts as a "strike."

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

6 October 2011